**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leroy GIBBS, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Leroy Abner Gibbs, Defendant–Appellant.**

**Nos. 11–12040, 11–12070 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 4, 2012.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Stephen M. Kunz, Assistant U.S. Attorney, Pamela C. Marsh, Karen E. Rhew–Miller, Michael Thomas Simpson, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

■■■

Before CARNES, WILSON and BLACK, Circuit Judges.

*Lynn v. United States*, 365 F.3d 1225, 1232 (11th Cir.2004).

824

PER CURIAM:

Randolph Murrell, appointed counsel for Leroy Abner Gibbs, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the consolidated appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gibbs's conviction, revocation of supervised release, and total sentence are **AFFIRMED.**